IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROOSEVELT HOLLOMAN, # 117409, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-cv-474-TMH |
| | ) | |
| | ) | |
| LOUIS BOYD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #4) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #4) of the Magistrate Judge is ADOPTED.  This case is DISMISSED without prejudice and prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

A separate judgment shall issue.

Done this 25th day of June, 2010.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE